ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 2 3 2019

CLERK, U.S. DISTRICT COURT
By _____
           Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.                                                    NO. 3:19-CR-262-N

DAWN GREENWOOD

## FACTUAL RESUME

In support of Dawn Greenwood's plea of guilty to the offense in Count Two of the indictment, Greenwood, the defendant, Douglas Greene, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count Two of the indictment, charging a violation of 18 U.S.C. § 2251(a), that is, Production of Child Pornography, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*      That the defendant used, persuaded, enticed or coerced a minor to engage in sexually explicit conduct;

*Second.*     That the defendant acted with the purpose of producing a visual depiction of such conduct; and

*Third.*      That the visual depiction was produced using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce, including by computer.

---

[1] Fifth Circuit Pattern Jury Instruction 2.84 (5th Cir. 2015).

**Factual Resume—Page 1**

## STIPULATED FACTS

1. Greenwood admits and agrees that on or about December 16, 2018, in the Dallas Division of the Northern District of Texas and elsewhere, she used, persuaded, induced, and enticed, a minor Jane Doe, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, that is, Dawn Greenwood and Shon Greenwood, used a cell phone to create a visual depiction of Jane Doe, a minor who was then 9-years-old, depicting Dawn Greenwood pushing Jane Doe's head down on Shon Greenwood's penis.

2. Specifically, the Dallas Police Department received information from the Boone County, Missouri Sheriff's Office that they had received a Cybertip from the National Center for Missing and Exploited Children that an individual had distributed child pornography using Facebook. The sheriff viewed the video and found that it contained child pornography. Facebook indicated that the person who posted and distributed the child pornography was Shon Greenwood. The sheriff was able to determine that the IP address belonged to Shon Greenwood in Missouri.

3. Based on the information from Facebook and further investigation, the Boone County Sheriff's Office executed a search warrant where the Greenwood's were thought to reside on January 11, 2019. Upon talking to neighbors, the deputies learned that Shon had lived at the residence with his wife, Dawn Greenwood, Jane Doe (9-years-old) and

another minor female.  Shon had moved to Balch Springs, Texas in October 2018, and

Dawn had joined her husband in mid-December 2018.  Shon's step-father and neighbors

identified the girl depicted in one of the child pornography videos that Shon had

distributed on Facebook as Jane Doe.  A blanket was located at the home in Missouri that

matched the blanket in the video.

4.  Based on the information received from the Boone County Sheriff's Office, the

Dallas Police Department executed a search warrant at the Greenwood's Balch Springs

residence which is located in the Northern District of Texas.  The Greenwoods were both

present during the execution of the search warrant, as well as the two minors, including

Jane Doe.  The police seized the Greenwoods' cell phones.  The phones were forensically

examined, and they found child pornography as defined in 18 U.S.C. § 2256, including

the video described in Count Two of the indictment.  In the video, Dawn placed Jane

Doe's mouth on Shon's penis and encouraged her to give him oral sex.  The police

recognized the room that the video was filmed as a room in the Balch Springs residence.

Dawn agreed to speak with the detectives, and she admitted that she took part in the

production of the video depicting Shon penetrating Jane Doe's mouth with his penis.

5.  Dawn Greenwood admits that the video she made with Shon Greenwood and

Jane Doe, as described in Count Two, depicts sexually explicit conduct and the lewd and

lascivious genitals of a minor girl as defined in 18 U.S.C. § 2256.  Greenwood

acknowledges that she knowingly permitted and participated in the video described in

Count Two, knowing that the child depicted was a nine-year-old girl.  She agrees and

stipulates that the visual depictions of the lewd and lascivious exhibition of the genitals

and sexually explicit conduct involving Jane Doe were produced using a cell phone manufactured outside the State of Texas. She further stipulates that the production of the video occurred in the Northern District of Texas.

6. The defendant agrees that the defendant committed all the essential elements of the offenses. This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case. The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count Two of the indictment.

AGREED TO AND STIPULATED on this 21st day of _September_, 2019.

ERIN NEALY COX
UNITED STATES ATTORNEY


DAWN GREENWOOD
Defendant


DOUGLAS GREENE
Attorney for Defendant


CAMILLE E. SPARKS
Deputy Section Chief
Assistant United States Attorney
Texas State Bar No. 00790878
1100 Commerce, Third Floor
Tel: 214-659-8600
Fax: 214-659-8809
Email: Camille.sparks@usdoj.gov